IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No.   3:25-cr-212 |
| DILLON CHARLES BELGARDE | Violations:  18 U.S.C. §§ 2244(a)(5) and 1153 |

**Abusive Sexual Contact**

The Grand Jury Charges:

In March 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DILLON CHARLES BELGARDE,

an Indian, did attempt and knowingly engage in sexual contact, that is, the intentional touching, either directly and through the clothing, of the genitalia and buttocks of Jane Doe, a child under the age of 12, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney